UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
2015 FEB -3 P 2: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Case No. CV 15-80-014 MISC |
| ) | |
| ) | RESPONSE TO ORDER TO SHOW |
| David Fredric Chavkin -#056720 ) | CAUSE RE: SUSPENSION FROM |
| ) | MEMBERSHIP |
| ) | |

TO THIS HONORABLE COURT:

The Order to Show Cause issued by this Court on January 22, 2015, notified me that my membership status was changed by the State of California to "involuntary inactive enrollment."

In fact, I *voluntarily* resigned from the State Bar of California without charges pending because I have retired from the practice of law at age 68 and therefore relinquished my right to practice law in California.

Therefore, my status should be changed to reflect voluntary inactive enrollment..

Respectfully submitted,

David F. Chavkin
P.O. Box 982
Rock Hill, NY 12775-0982
(516) 697-1616 (cell)
(845) 513-5568 (landline)
DavidChavkin@gmail.com (email)

FILED
JAN 16 2015
STATE BAR COURT
CLERK'S OFFICE
LOS ANGELES

STATE BAR COURT OF CALIFORNIA
845 S. Figueroa St.
Los Angeles, California 90017
(213) 765-1400

# IN THE SUPREME COURT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | S _____ |
| **DAVID FREDRIC CHAVKIN** | 14-W-06492 |
| **Member No. 56720** | Transmittal of Written Resignation of Attorney without Charges |
| A Member of the State Bar. | |

To the CLERK OF THE SUPREME COURT:

1. The above-named member of the State Bar of California has filed with this office a written resignation, without charges pending, of his/her relinquishment to practice law in California.

Member's Address of Record:

DAVID FREDRIC CHAVKIN
PO BOX 982
4 HIGH VIEW TER
ROCK HILL  NY  12775

2. The State Bar Court hereby transmits the written resignation of the member, together with a Certification of the State Bar of California recommending the member's resignation be accepted, for such consideration as the Court deems appropriate.

3. Should the Court wish to enter an order accepting the resignation, a proposed order, subject to review by the court, is enclosed.

Michelle Cramton
State Bar Court Administrator

Dated:  January 16, 2015

By: _____
Charles Nettles
Deputy Court Clerk

:15-mc-80014-JD Document2 Filed02/03/15

David Chavkin
P.O. Box 982
Rock IIill, NY 12775

FILED

2015 FEB -3 P 2: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410 2343210

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Rose-Breasted Grosbeak