UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Fredric Chavkin - #056720

Case No. 15-mc-80014-JD

**ORDER**

The Court has received and reviewed Mr. Chavkin's response (Dkt. No. 2), and acknowledges that Mr. Chavkin voluntarily resigned from the State Bar of California. The Court consequently discharges its prior order to show cause (Dkt. No. 1) and lifts the prior order of interim suspension.

In light of Mr. Chavkin's voluntary resignation from the California State Bar, the Clerk of the Court is directed to note "resigned" on Mr. Chavkin's admission record with the bar of this Court pursuant to Civil Local Rule 11-1(g).

The Court wishes Mr. Chavkin well in his retirement.

**IT IS SO ORDERED**.

Dated: February 5, 2015

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>David Fredric Chavkin - #056720 | Case No.  15-mc-80014-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Fredric Chavkin
PO Box 982
Rock Hill, NY 12775

Dated: 2/5/2015

Richard W. Wieking
Clerk, United States District Court

<<s>>
By:_____
Lisa R. Clark, Deputy Clerk to the
Honorable James Donato